1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

12

13

14

15

16

17

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR 11-0943 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE** |
| v. | |
| JAMES LEMAR, | |
| Defendant. | |

18       This matter is in the pretrial stage and is currently sent for trial in March 2013.  The

19   parties stipulate and request that the Court refer this matter to a Magistrate Judge for a

20   settlement conference.

21   SO STIPULATED:

22                                                                                 MELINDA HAAG
                                                                                   United States Attorney

23

24   Dated: November 6, 2012                                   _____/s/_____
                                                                                   WILSON LEUNG
25                                                                                 Assistant United States Attorney

1

2

Dated: November 6, 2012                    _____/s/_____

3                                          EDWIN PRATHER
                                           Attorney for JAMES LEMAR
4

5

6                              [PROPOSED] ORDER

7          GOOD CAUSE APPEARING and per the parties' stipulation, this matter is hereby

8    referred to a Magistrate Judge for a settlement conference.

9          IT IS SO ORDERED.

10

11

12   Dated: __November 7, 2012._____

13

14                                                    Judge William Alsup

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER
RE SETTLEMENT CONFERENCE  [Case No.: CR 11-0943 WHA]                    2