1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

12
13
14
15
16
17

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES LEMAR,<br><br>   Defendant. | Case No.:  CR 11-0943 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE** |
|---|---|

18  This matter is in the pretrial stage and is currently sent for trial in March 2013.  The
19  parties stipulate and request that the Court refer this matter to a Magistrate Judge Beeler for a
20  settlement conference on December 5, 2012, at 9:30 a.m.
21  SO STIPULATED:

MELINDA HAAG
United States Attorney

22
23
24  Dated: November 27, 2012            _____/s/_____
25                                                              WILSON LEUNG
                                                                         Assistant United States Attorney

Dated: November 27, 2012                              _____/s/_____
                                                     EDWIN PRATHER
                                                     Attorney for JAMES LEMAR

### [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, this matter is hereby referred to a Magistrate Judge Beeler for a settlement conference on December 5, 2012, at 9:30 a.m. , or, if Magistrate Judge Beeler is unavailable then, at the next available time.

IT IS SO ORDERED.

Dated: __November 28, 2012__                         _____

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*

STIPULATION AND [PROPOSED] ORDER
RE SETTLEMENT CONFERENCE  [Case No.: CR 11-0943 WHA]                    2